**Order entered February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01764-CV

**PAIN CONTROL INSTITUTE, INC., Appellant**

**V.**

**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13599**

## ORDER

We **GRANT** appellant's February 26, 2014 motion for leave to file an amended brief.

Appellant shall file its amended brief on or before **MARCH 7, 2014**.


/s/      ADA BROWN
         JUSTICE